# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 4, 2019

*By the Court:*

| No. 18-2595 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>KLINT KELLEY, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cr-00581-1<br>Northern District of Illinois, Eastern Division<br>District Judge Ronald A. Guzman ||

Upon consideration of the **MOTION TO DISMISS APPEAL**, filed on February 1, 2019, by counsel for Appellant Klint Kelley,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit